

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR16-802-AB
                                )
              Plaintiff,        )   ORDER OF DETENTION AFTER
                                )   HEARING (Fed.R.Crim.P. 32.1(a)(6)
        v.                      )   Allegations of Violations of Probation/
                                )   Supervised Release Conditions)
                                )
Noe Macias, Jr.                 )
                                )
              Defendant.        )

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)   the appearance of defendant as required; and/or

(B)  (✓)   the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he will comply with conditions of release; also defendant's criminal history, possible substance abuse & prior violations are of concern._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he will appear at hearings. Also, defendant appears to have ongoing substance abuse issues._

IT IS ORDERED that defendant be detained.

DATED: 2/25/19

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2